**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In the Matter of )
) Civil Action No.
Richard Shariff ) 22 CV 01950

## EXECUTIVE COMMITTEE ORDER

Beginning in 2001, Pro se filer Richard Sharif has filed at least 23 cases in the District Court:

    1:01-cv-06053 Sharif, et al v. Kuritza
    1:02-cv-03047 Sharif, et al v. Wellness Intl, et al
    1:02-cv-05430 Sharif v. Intl Dev Grp Co Ltd, et al
    1:04-cv-01942 Sharif, et al v. Wellness Intl, et al
    1:04-cv-06390 Soad Wattar Living, et al v. Jenner & Block P C, et al
    1:07-cv-01690 Sharif v. Chertoff et al
    1:10-cv-05303 Sharif et al v. Wellness International Network Ltd et al
    1:10-cv-05333 Sharif v. Wellness International Network, Ltd
    1:10-cv-06057 Sharif v. Wellness International Network et al
    1:11-cv-00175 Sharif v. Wellness International Network, Ltd. et al
    1:11-cv-00438 In Re: Sharifeh
    1:11-cv-07374 Sharifeh v. Sharif
    1:11-cv-08811 Sharifeh v. Wellness International Inc et al
    1:12-cv-07488 Sharifeh et al
    1:15-cv-01405 Stevens v. Sharif
    1:15-cv-10694 Sharifeh v. Sharif
    1:16-cv-04699 Wattar et al v. Sharif
    1:18-cv-08508 Sharifeh et al v. Fox Jr.
    1:19-cv-06035 Sharif v. Fox et al
    1:21-cv-02635 Sharif v. Mackoff
    1:21-cv-01330 Sharif v. Newman
    1:21-cv-03500 Sharif v. Newman, et al
    1:21-cv-05221 Sharif v. Cox et al

Mr. Sharif is a restricted filer in the Illinois Northern Bankruptcy Court.

At its meeting on April 7, 2022, the Executive Committee considered Mr. Sharif's filings and it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Mr. Sharif 's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Mr. Richard Sharif, or anyone, other than an attorney, acting on his behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

    a. Any materials Mr. Sharif, or anyone, other than an attorney, acting on his behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

    b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Mr. Sharif in the complaint are new claims never before raised in any federal court.

    c. Whenever Mr. Sharif submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Mr. Sharif to determine whether they should be filed.

3. If Mr. Sharif seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In the matter of Richard Sharif" and cause a copy of the order to be mailed to Mr. Sharif.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Mr. Sharif.

6. Mr. Sharif's failure to comply with this order may, within the discretion of the Executive Committee, result in him being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

    a. to affect Mr. Sharif's ability to defend himself in any criminal action,

    b. to deny Mr. Sharif access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

    c. to deny Mr. Sharif access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Richard Sharif for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Mr. Sharif and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In the matter of Richard Sharif" and case number 22 CV 01950. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Sharif at 2004 N. Pulaski Rd., Chicago, IL 60639, the address provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 20th day of April 2022